IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-30681

98-3494 F

HOSPITALITY HOTELS AND RESTAURANTS ORGANIZING COUNCIL (HOTROC); ET AL

    Plaintiffs

LARRY BARBER, JR; WALTER FRANKLIN, JR; JOHNNY BURTON; MANUELLA LOCKETT; WILLIE COLEMAN; ET AL

    Plaintiffs - Appellants

v.

ARAMARK CORPORATION; ET AL

    Defendants

ARAMARK SPORTS AND ENTERTAINMENT SERVICES INC; PATRICK MCGUINNESS; JAMES H SCHIFF; DAVID WINARSKI

    Defendants - Appellees

---

Appeal from the United States District Court for the Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 12, 2000, for want of prosecution. The appellants failed to timely file their brief and record excerpts.

                               CHARLES R. FULBRUGE III
                               Clerk of the United States Court
                               of Appeals for the Fifth Circuit

                      By: _____
                          Claudia Farrington, Deputy Clerk

                          FOR THE COURT - BY DIRECTION

DIS-2



A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
                     Deputy
New Orleans, Louisiana   9/12/00